FILED
2015 Jan-16  AM 11:32
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| VERA TURNER, | ) | |
| | ) | |
| Plaintiff; | ) | |
| | ) | |
| vs. | ) | 7:14-CV-1244-LSC |
| | ) | |
| SEDGWICK CLAIMS | ) | |
| MANAGEMENT SERVICES, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION AND ORDER

This is action brought by Plaintiff Vera Turner under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 et seq., for an alleged wrongful termination of long-term disability benefits. The Court currently has before it a motion filed by all defendants in which they seek to transfer this action to the United States District Court for the Eastern District of Missouri pursuant to 28 U.S.C. § 1404(a), based on a forum-selection clause in the ERISA plan documents. (Doc. 7.) The Magistrate Judge filed a report and recommendation on December 19, 2014, recommending that this Court grant the defendants' motion to transfer this action. (Doc. 23.) No objections were filed. The action was subsequently reassigned

to the undersigned district judge.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the Magistrate Judge's report is due to be and is hereby ADOPTED and the Magistrate Judge's recommendation is ACCEPTED.

Accordingly, it is hereby ORDERED AND ADJUDGED that pursuant to 28 U.S.C. § 1404(a), the above captioned action, filed and presently pending in this Court, be and hereby is transferred to the United States District Court for the Eastern District of Missouri.

Done this 16th day of January 2015.

_____

L. Scott Coogler
United States District Judge

[160704]